**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2603**

---

MWAALKEBU-LAN AKIL,

Plaintiff - Appellant,

versus

WILLIAM J. HENDERSON, Postmaster General, U.S.
Postal Service,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge.
(CA-99-18-3)

---

Submitted: April 13, 2000      Decided: April 19, 2000

---

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Mwaalkebu-Lan Akil, Appellant Pro Se. Mary Hannah Lauck, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia; Laree Martin, Sonya J. Penn, UNITED STATES POSTAL SERVICE, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mwaalkebu-Lan Akil appeals the district court's order granting summary judgment in favor of the Defendant in his employment discrimination suit alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2 (1994), and the Equal Pay Act, 29 U.S.C.A. § 206(d) (West 1994 & Supp. 1999).  We have re-viewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Akil v. Henderson, No. CA-99-18-3 (E.D. Va. Nov. 17, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2